IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. CHANCE BATES, and | ) | |
| 2. KAREN SWIMMER, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. CIV-12-153-RAW |
| | ) | |
| 3. CARRIE CASH, Deceased and/or THE | ) | |
| ESTATE OF CARRIE CASH, Deceased, | ) | |
| 4. CORNELIA CASH, | ) | |
| 5. ARCH INSURANCE COMPANY, | ) | |
| 6. MCNEIL & COMPANY, INC., and | ) | |
| 7. GALLAGHER BASSETT SERVICES, INC., | ) | |
| | ) | |
| Defendants, | ) | |

**NOTICE OF SETTLEMENT**

**NOTICE** is hereby given that Plaintiffs, Chance Bates and Karen Swimmer, have

reached a settlement agreement with Defendants, Arch Insurance Company, McNeil &

Company, and Gallagher Bassett Services, Inc.

Respectfully submitted,

s/Rusty Smith
Rusty Smith, OBA #19575
Signed with permission of Plaintiffs' Attorney
Grennan, Smith & Cerbini, PLLC
P. O. Box 1067
Muskogee, OK  74402-1067
Telephone: 918 687-4400
Facsimile:  918 687-4430
rsmith@muskogeelawyers.com
**Attorney for Plaintiffs Chance Bates and**
**Karen Swimmer**

s/Shad Withers
Shad Withers, OBA#22021
Brent Olsson, OBA#12807
Helms & Greene
1900 N.W. Expressway, Ste. 430
Oklahoma City, OK  73118
Telephone:  405 607-4100
Facsimile:  405 607-4447
swithers@helmsgreene.com
bolsson@helmsgreene.com
**Attorneys for Defendants Arch**
**Insurance Company, McNeil &**
**Company, Inc., and Gallagher**
**Bassett Services, Inc.**