IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. CHANCE BATES, and<br>2. KAREN SWIMMER,<br><br>      Plaintiffs,<br><br>v.<br><br>3. CARRIE CASH, Deceased and/or THE<br>ESTATE OF CARRIE CASH, Deceased,<br>4. CORNELIA CASH,<br>5. ARCH INSURANCE COMPANY,<br>6. MCNEIL & COMPANY, INC., and<br>7. GALLAGHER BASSETT SERVICES, INC.,<br><br>      Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. CIV-12-153-RAW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW,** Plaintiffs, Chance Bates and Karen Swimmer, individuals, by and through their attorney of record and Defendants Arch Insurance Company, McNeil & Company, Inc., and Gallagher Bassett Services, Inc., by and through their attorney of record, stipulate to the Joint Dismissal With Prejudice of all claims and causes of action brought in this case by the Plaintiffs against Defendants due to the settlement agreement reached between the parties.

                                                                                                  Respectfully submitted,

| | |
|---|---|
| s/Rusty Smith | s/Shad Withers |
| Signed with permission of Plaintiffs' attorney. | Brently C. Olsson, OBA #12807 |
| Rusty Smith, OBA #19575 | Shad Withers, OBA #22021 |
| Brennan, Smith & Cerbini, PLLC | Helms & Greene |
| P. O. Box 1067 | 1900 N.W. Expressway, Ste. 430 |
| Muskogee, OK 74402-1067 | Oklahoma City, OK  73118 |
| Telephone: (918) 687-4400 | Telephone (405) 607-4100 |
| Facsimile: (918) 687-4430 | Facsimile: (405) 607-4447 |
| Email:  rsmith@muskogeelawyers.com | Email: bolsson@helmsgreene.com |
| |       swithers@helmsgreene.com |

## CERTIFICATE OF MAILING

I hereby certify that on this 18th day of September, 2012, I electronically submitted the attached document to the Clerk of the Court using the ECF system for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Rusty Smith, OBA # 19575
Brennan, Smith & Cherbini, PLLC
P.O. Box 1067 / 417 W. Broadway
Muskogee, OK 74402-1067

                                                        s/Shad K. Withers
                                                        Brently C. Olsson
                                                        Shad K. Withers