IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Chance Bates and Karen Swimmer,<br>　　　Plaintiff(s),<br><br>v.<br><br>Carrie Cash, et al.,<br>　　　Defendant(s). | Case No. 12-CIV-153-RAW |

**ORDER**

This case was originally filed on October 25, 2011 in the District Court in and for Muskogee County, State of Oklahoma. The case was removed to this court on April 6, 2012.

On August 17, 2012, a Notice of Settlement was filed indicating a settlement had been reached between Plaintiffs Bates and Swimmer, and Defendants Arch, McNeil and Gallagher. [Docket No. 29]. A corresponding Stipulation of Dismissal was filed on September 18, 2012 [Docket No. 32].

The docket sheet indicates claims are still pending for two Defendants, Carrie Cash, Deceased and/or the Estate of Carrie Cash, Deceased and Cornelia Cash. These defendants have not entered an appearance in this matter.

On September 10, 2012, the matter was set for Status and Scheduling Conference to be held on October 11, 2012. No one appeared for that hearing.

The court directs Plaintiffs to file a notice with the court no later than October 26, 2012 as to the pending claims against the Cash defendants, as to whether these claims will be pursued in this court or if these claims will be dismissed.

Dated this 15th day of October, 2012.

*Ronald A. White*
Ronald A. White
United States District Judge
Eastern District of Oklahoma

**Dated this 15th day of October, 2012.**